IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: §<br>BELLA VITA CUSTOM HOMES, LLC, §<br>§ | Bankr. No. 16-34790-BJH-7 |
| Debtor, § | Adv. No. 18-03015-BJH |
| -------------------------------------------- §<br>ROBERT YAQUINTO, §<br>Plaintiff, §<br>v. § | Civil Action No. 3:18-CV-0994-N |
| MID-CONTINENT CASUALTY §<br>COMPANY, §<br>Defendant. § | |

## ORDER ON MOTION TO WITHDRAW REFERENCE

Before the Court is the Report and Recommendation to the District Court on the Motion to Withdraw the Reference [2]. The Court hereby adopts the recommendation of Chief United States Bankruptcy Judge Barbara J. Houser and withdraws the reference to the Bankruptcy Court in this adversary proceeding. The District Court will reset this case for trial by separate order.

SIGNED June 7, 2018.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE